ROB BONTA, State Bar No. 202668
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JAMES MATHISON, State Bar No. 149387
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6274
  Fax: (916) 324-5205
  E-mail: James.Mathison@doj.ca.gov
*Attorneys for Defendants*
*K. Peterson, Y. O'Faire, G. Matteson and California*
*Department of Corrections and Rehabilitation*

Robert F. Kane, State Bar No. 71407
Law Offices of Robert F. Kane
  870 Market Street, Suite 1128
  San Francisco, CA 94102
  Telephone: (415) 982-5821
  Email: rkane1089@aol.com
*Attorneys for Plaintiff James Andrew Melton*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ANDREW MELTON,** | Case No. 2:21-cv-00833-JDP (PC) |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

Plaintiff James Melton, and Defendants K. Peterson, Y. O'Faire, G. Matteson and California Department of Corrections and Rehabilitation, by and through their counsel, do hereby agree and stipulate that Defendants have until June 30, 2021 to file their responsive pleading in this action.

**IT IS SO STIPULATED.**

Dated: May 21, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

/S/ JAMES MATHISON

JAMES MATHISON
Deputy Attorney General
*Attorneys for Defendants*
*K. Peterson, Y. O'Faire, G. Matteson and*
*California Department of Corrections and*
*Rehabilitation*

/S/ ROBERT F. KANE

Dated: May 21, 2021

ROBERT F. KANE
Law Offices of Robert F. Kane
*Attorneys for Plaintiff*
*James Andrew Melton*

**ORDER**

IT IS SO ORDERED.

Dated: May 27, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE