IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ANDREW MELTON,** | Case No. 2:21-cv-00833-JAM-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CDCR, et al. ,** | |
| Defendants. | |

Plaintiff James Melton and defendants CDCR, Peterson, O'Faire, and Matteson have filed a stipulation and request for an order extending defendants' time to file their responsive pleading to the amended complaint, to March 7, 2022. The court, having considered the request, and good cause appearing, grants the stipulated request. Defendants shall file their responsive pleading by March 7, 2022.

IT IS SO ORDERED.

Dated: __February 3, 2022__                         _____
                                                                             JEREMY D. PETERSON
                                                                             UNITED STATES MAGISTRATE JUDGE