UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREW MELTON, | Case No. 2:21-cv-00833-JAM-JDP (PC) |
| Plaintiff, | ORDER APPROVING THE PARTIES' STIPULATION AND REQUEST TO SET A SETTLEMENT CONFERENCE AND STAYING CASE FOR 120 DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, *et al.*, | ECF No. 17 |
| Defendants. | |

The parties have filed a stipulation and request to set a settlement conference. ECF No. 17. Good cause appearing, the parties' stipulated request is granted, and this case is referred to the court's Alternative Dispute Resolution ("ADR") Project.

The court stays this action for a period of 120 days to allow the parties to investigate plaintiff's claims, meet and confer, and then participate in a settlement conference. Within seven days of the date of this order, counsel shall contact Courtroom Deputy Nic Cannarozzi, at 916-930-4172, to schedule the settlement conference.[1] If difficulties arise in scheduling the settlement conference due to the court's calendar, the parties may seek an extension of the initial 120-day

---

[1] If the case does not settle, the court will issue a discovery and scheduling order that will include, among other things, a deadline for defendants to file a response to the first amended complaint.

1

stay.

Once the settlement conference is scheduled, at least seven days prior to the conference, the parties shall submit to the assigned settlement judge a confidential settlement conference statement. The parties' confidential settlement conference statements shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is stayed for 120 days to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

2. Within seven days from the date of this order, counsel shall contact this court's Courtroom Deputy, Nic Cannarozzi, at (916) 930-4172, to schedule the settlement conference.

3. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the judge assigned for settlement.

4. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

5. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." *See* L.R. 182(f).

IT IS SO ORDERED.

Dated:   March 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE